FILED ___ ___ LODGED
___ RECEIVED ___ COPY

NOV 09 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RYAN MCCARTHY
Assistant United States Attorney
Arizona State Bar No. 029804
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ryan.mccarthy@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-00935-PHX-MTL (MTM) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) |
| Faustino Figueroa-Alvarez, | (False Statement During Purchase of a Firearm) |
| Defendant. | Counts 1-12 |
| | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853; and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

**COUNTS 1-12**

On or about the dates listed below, in the District of Arizona, defendant, FAUSTINO FIGUEROA-ALVAREZ, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual buyer or transferee of the firearm, and was not buying these firearms on behalf of another person, whereas in truth

- 4 -

and fact, the defendant knew that he was buying the firearms on behalf of another person:

| Count | Date | Business |
|---|---|---|
| 1 | 3/15/2019 | Sportsman's Warehouse, Yuma, Arizona (Glock Austria .9) |
| 2 | 4/29/2019 | Sportsman's Warehouse, Yuma, Arizona (Ruger LCP .380) |
| 3 | 4/29/2019 | Sportsman's Warehouse, Yuma, Arizona (Glock Austria .9) |
| 4 | 5/11/2019 | Jones & Jones, Somerton, Arizona (Sig Sauer P938 .9) |
| 5 | 5/14/2019 | Sportsman's Warehouse, Yuma, Arizona (Glock Austria .9) |
| 6 | 5/18/2019 | Jones & Jones, Somerton, Arizona (Glock Austria .9) |
| 7 | 5/29/2019 | Jones & Jones, Somerton, Arizona (Sig Sauer P238 .380) |
| 8 | 6/29/2019 | Jones & Jones, Somerton, Arizona (Glock 17GEN5 .9) |
| 9 | 6/29/2019 | Jones & Jones, Somerton, Arizona (Glock 17GEN5 .9) |
| 10 | 6/14/2019 | Sprague's, Yuma, Arizona (Ruger LCP 3791 .380) |
| 11 | 6/14/2019 | Sprague's, Yuma, Arizona (Ruger MKIV .22) |
| 13 | 7/9/2019 | Sportsman's Warehouse, Yuma, Arizona (Glock Austria .9) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 12 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p). All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date: November 9, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

_____/s/_____
RYAN MCCARTHY
Assistant U.S. Attorney